# UNITED STATES DISTRICT Court

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

MARY A. SAVALI

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  11-MJ-00125-DLW

USM Number:

DOUGLAS REYNOLDS
(Defendant's Attorney)

**THE Defendant:**  Plead Guilty to Count One of the Information.

The Defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1152, 13, and C.R.S. 42-4-1402(1)(2) | Careless Driving Causing Bodily Injury | 02/17/11 | One |

      The Defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      Count Two of the Information is dismissed on the motion of the United States.

      It is ordered that the Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the Defendant must notify the Court and United States Attorney of material changes in economic circumstances.

      It is further ordered that the Addendum to this judgment, which contains the Defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

September 6, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

September 6, 2011
Date

## UNSUPERVISED PROBATION

The Defendant is hereby placed on probation for a term of One (1) Year.

The Defendant shall not commit another federal, state, or local crime.

## SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1) The Defendant shall not have a conviction on a 4 point or greater offense for a moving traffic violation during the term of her unsupervised probation.

2) The Defendant shall perform 20 hours of community service and submit proof to the Court of completion.

## MONETARY OBLIGATIONS

The Defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| One | $25.00 | $0.00 | To Be Determined |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

The determination of restitution is deferred until November 8, 2011 @ 3:00 p.m..  An *Amended Judgment in a Criminal Case* will be entered after such determination.

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligation is due as follows:

Immediately.


All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.